# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2007

132156

JANE CAMPBELL WEST and
JOE ELDON WEST, JR.,
       Plaintiffs-Appellees,

v

FARM BUREAU GENERAL
INSURANCE COMPANY OF
MICHIGAN, a Michigan
Corporation,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132156
COA: 251003
Charlevoix CC: 02-001558-CH

     On order of the Court, the application for leave to appeal the August 15, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *McDonald v Farm Bureau Insurance Co* (Docket No. 132218) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2007

l0117

Clerk